## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00636-PAB-SKC

ROCKY MOUNTAIN WILD, INC., a Colorado non-profit corporation,

    Plaintiff,

    v.

UNITED STATES BUREAU OF LAND MANAGEMENT, a federal agency; and
UNITED STATES DEPARTMENT OF INTERIOR, a federal agency,

    Defendants.
_____

### UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Rocky Mountain Wild, through Counsel, files this unopposed motion to dismiss this Freedom of Information Act ("FOIA") litigation, with prejudice. The present motion is based on successful performance of the terms of the settlement agreement reached by the parties. The parties have now reached agreement on all outstanding issues, including all issues involving Plaintiff's recovery of reasonable attorney fees, and Plaintiff therefore respectfully requests the case be dismissed, with prejudice, and all pending matters declared moot.

Plaintiff's counsel has conferred with Defendant's counsel and is authorized to state that Defendant does not oppose dismissal with prejudice.

RESPECTFULLY SUBMITTED March 5, 2021:

                                                 *s/ Matthew Sandler*
                                                 **Matthew Sandler**
                                                 Rocky Mountain Wild
                                                 1536 Wynkoop St. Suite 900
                                                 Denver, CO 80202
                                                 303-579-5162
                                                 Matt@rockymountainwild.org

2

        **Travis E. Stills**
Energy & Conservation Law
1911 Main Ave., Suite 238
Durango, Colorado 81301
(970) 375-9231
stills@frontier.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021 I served a copy of this motion an all parties using the CM/ECF system, unless otherwise noted below.

        *s/ Matthew Sandler*
        **Matthew Sandler**